375 P.2d 268

**EMPLOYMENT SECURITY COMMISSION of Arizona, Appellant,**

v.

**Alex G. HOEFLER, dba Hoefler Enterprises; and United States Fidelity and Guaranty Company, Surety, Appellees.**

**No. 7494.**

Supreme Court of Arizona,

En Banc.

Oct. 4, 1962.

Robert W. Pickrell, Atty. Gen., Richard J. Daniels, Asst. Atty. Gen., Phoenix, for appellant.

Moore & Romley, Phoenix, for appellee United States Fidelity and Guaranty Co., surety.

PER CURIAM.

This case was consolidated for hearing and decision with Employment Security Commission v. Fish, 375 P.2d 20 because the issues involved in each case are iden-

**158**

tical. The judgment of the trial court is affirmed for the reasons set forth in that case.

375 P.2d 268

**EMPLOYMENT SECURITY COMMISSION of Arizona, Appellant,**

v.

**UNITED STATES FIDELITY & GUARANTY COMPANY, Surety; and Aetna Casualty and Surety Company, Surety, et al., Appellees.**

No. 7385.

Supreme Court of Arizona,

En Banc.

Oct. 4, 1962.

PER CURIAM.

This case was consolidated for hearing and decision with Employment Security Commission v. Fish, 375 P.2d 20 because

the issues involved in each case are identical. The judgment of the trial court is affirmed for the reasons set forth in that case.